PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER *(Tran. Court)*

3:99CR00125-030(JAF)

DOCKET NUMBER *(Rec. Court)*

CR 04-30036

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| EUGENIO GONZALEZ-QUIÑONES  SPRINGFIELD, MA | PUERTO RICO | |

NAME OF SENTENCING JUDGE

JOSE A. FUSTE

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 05-25-01 | 05-24-06 |

OFFENSE

21 U.S.C. § 846 - CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AN EXCESS OF ONE HUNDRED AND FIFTY (150) KILOGRAMS OF COCAINE AND 18 U.S.C. § 1956(a)(1)(B)(i) - LAUNDERING OF MONETARY INSTRUMENTS

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ PUERTO RICO _____

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ DISTRICT OF MASSACHUSETTS _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3/8/04
*Date*

*United Sates District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ MASSACHUSETTS _____

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4·6·04
*Effective Date*

*United States District Judge*

I hereby attest and certify on _____ that the foregoing document is a full, true & exact copy of the document, or, an authorized electronic docket entry on file

FRANCES RIOS DE MORAN, CLERK
U.S. District Court for the
District of Puerto Rico

By: _____
                    Deputy Clerk
Date: April 29, 2004

EF/

(1442)