Prob12A
(7/93)

## United States District Court
### for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** Eugenio Gonzales-Quinones                    **Case Number:** CR04-30019

**Name of Sentencing Judicial Officer:** The Honorable Jose A. Fuste, U.S. District Court Judge D/PR, Jurisdiction Transferred on 3/8/04 to the Honorable Michael A. Ponsor, U.S. District Court Judge D/MA

**Date of Original Sentence:** March 2, 2001

**Original Offense:** Conspiracy to Possess with Intent to Distribute an Excess of One Hundred and Fifty Kilograms of Cocaine 21USC: 846; Laundering of monetary instruments, 21USC: 1956(a)(1)(B)(i).

**Original Sentence:** 30 months custody of Bureau of Prisons, 5 years Supervised Release

**Type of Supervision:** Supervised Release            **Date Supervision Commenced:** May 25, 2001

### NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **The defendant shall not commit another federal, state or local crime** |

On 7/3/04, Mr. Quinones was arrested by Connecticut State Police for DWI (driving while intoxicated) and reckless driving. Mr. Quinones admitted to driving at speeds in excess of 100 mph, however, he denies having consumed any alcoholic beverages.

2  **The defendant shall notify the probation officer within seventy two hours of being arrested or questioned by a law enforcement officer.**

Mr. Quinones failed to notify the Probation Office of his new arrest until 7/8/04.

<u>U.S. Probation Officer Action:</u> No judicial intervention recommended at this time. An Administrative Hearing was held on 7/13/04 before Supervising U.S. Probation Officer Alicia Howarth. The following individuals were present at the hearing: SUSPO Howarth, USPO Bush, and Mr. Quinones. During the hearing Mr. Quinones admitted he was driving at speeds in excess of 100 mph and did not dispute the reckless driving charge, however, he adamantly denied that he was operating a motor vehicle under the influence of alcohol. Mr. Quinones stated that he submitted to a breath test that revealed that he had not consumed any alcohol that evening and believes that this will result in the charges being dismissed in court. To date, with the exception of this incident, Mr Quinones has remained compliant with all aspects of his supervision. The Probation Office would request that Mr. Quinones be allowed to remain in the community until such time that a disposition is reached on the pending state case.

Reviewed/Approved by:                                Respectfully submitted,

_/s/ Alicia Howarth_                                 By _/s/ Walter A. Bush Jr._
Alicia Howarth                                       Walter A. Bush Jr.
Supervising U.S. Probation Officer                   U.S. Probation Officer
                                                     Date: August 9, 2004

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ]   Submit a Request for Modifying the Conditions or Term of Supervision
[ ]   Submit a Request for Warrant or Summons
[ ]   Other

                                                     I concur.
                                                     _/s/ Michael A. Ponsor_
                                                     Signature of Judicial Officer

                                                     _8-16-04_
                                                     Date